

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 28 P 4: 49

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JERED LOPEZ** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-3048** |
| **MARLIN GUSMAN, SHERIFF AND DEPUTIES, ALL UNKWN. NAMES** | **SECTION "N"(4)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Jered Lopez's Title 42 U.S.C. § 1983 against Orleans Parish Criminal Sheriff Marlin Gusman and the unidentified deputies are **DISMISSED WITH PREJUDICE** as frivolous and/or for failure to state a claim for which relief can be granted pursuant to Title 28 U.S.C. § 1915(e) and § 1915A and Title 42 U.S.C. § 1997e.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

**IT IS FURTHER ORDERED** that Lopez's claims brought pursuant to Louisiana law are **DISMISSED WITHOUT PREJUDICE** because the Court declines to exercise its supplemental jurisdiction.

New Orleans, Louisiana, this 28th day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE